JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff Christopher Boomer

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Christopher Boomer, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>Gamebox Unipessoal LDA, a Portuguese company,<br><br>            Defendant. | Case No: 3:22-cv-02133-SK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO SERVE DEFENDANT VIA ALTERNATIVE MEANS**<br><br>Date:          August 8, 2022<br>Time:          9:30 am<br>Judge:        Hon. Sallie Kim<br>Courtroom: C, 15th Floor<br><br>Complaint Filed:    April 4, 2022 |

# [PROPOSED] ORDER

After reviewing Plaintiff's Motion to Serve Defendant via Alternative Means ("Motion"), the supporting declarations of Sean Apple and Megan Kerr and the exhibits thereto, any additional papers filed in support of and in opposition to the Motion, the files in this action, and hearing the argument of counsel, the Court hereby **GRANTS** the Motion.

[**Option 1**] Service on Defendant shall be made by Plaintiff under Fed. R. Civ. P. 4(f)(3) via email at eurogamescc@gmail.com.

[**Option 2**] Service on Defendant shall be made under Fed. R. Civ. P. 4(f)(2)(C)(ii) via mail at Rua 6 de Novembro 45 B-A, Porto, Portugal. The Court hereby directs the clerk to address and send process to Defendant by mail at that address with a signed receipt required per Fed. R. Civ. P. 4(f)(2)(C)(ii).

[**Option 3**] Service on Defendant shall be made by Plaintiff under Fed. R. Civ. P. 4(f)(3) via mail at Rua 6 de Novembro 45 B-A, Porto, Portugal.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
THE HONORABLE SALLIE KIM
UNITED STATES MAGISTRATE JUDGE