```
JENNIFER KELLY (CSB No. 193416)
jennifer@tyzlaw.com
RYAN TYZ (CSB No. 234895)
ryan@tyzlaw.com
CIARA MCHALE (CSB No. 293308)
ciara@tyzlaw.com
SEAN APPLE (CSB No. 305692)
sapple@tyzlaw.com
TYZ LAW GROUP PC
4 Embarcadero Center, 14th Floor
San Francisco, CA 94111
Telephone: 415.868.6900

Attorneys for Plaintiff
Christopher Boomer
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER BOOMER,<br><br>   Plaintiff,<br><br>   v.<br><br>GAMEBOX UNIPESSOAL LDA,<br><br>   Defendant. | Case No.: 3:22-cv-02133-SK<br><br>**DECLARATION OF CIARA MCHALE IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:         March 6, 2023<br>Time:         9:30 am<br>Judge:        Hon. Sallie Kim<br>Courtroom:    C (15th Floor)<br><br>Complaint Filed:    April 4, 2022<br><br>**PUBLIC REDACTED VERSION** |

I, Ciara McHale, hereby declare as follows:

1. I am an attorney at law licensed to practice in the State of California and the Northern District of California. I am an attorney at the law firm of Tyz Law Group PC, attorneys for Plaintiff Christopher Boomer ("Plaintiff") in this action. I have personal knowledge of the matters set forth in this declaration and, if called to testify as a witness, would be competent to testify as follows.

2. Defendant has not appeared in this lawsuit and has not provided any indication that it intends to appear or defend against the lawsuit.

3. Attached as **Exhibit 1** hereto is a true and correct copy of a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action issued to Roblox Corporation and served on Roblox on or about September 26, 2022.

4. Attached as **Exhibit 2** hereto is a true and correct copy of a document produced in this litigation by non-party Roblox Corporation bearing Bates stamp ROBLOX-GAMEBOX LIT000003 and designated CONFIDENTIAL. The document shows total earnings—in other words, gross revenues—for Defendant's infringing game, *Weight Lifting Simulator* (Game ID 6792241488) on the Roblox platform. The total earnings are stated in Robux, the virtual currency used on the Roblox platform. Defendant's infringing game earned ▮▮▮▮▮▮▮▮ Robux.

5. Attached as **Exhibit 3** hereto is a true and correct copy of a document produced in this litigation by non-party Roblox Corporation bearing Bates stamp ROBLOX-GAMEBOX LIT000001–000002. The document is titled "Developer Exchange – Help and Information Page" and provides information about the rate at which Robux can be exchanged for U.S. dollars. Specifically, Exhibit 3 states that Robux can be exchanged for U.S. dollars at a rate of .0035 U.S. dollar per Robux.

6. Using Exhibits 2 and 3, I calculated Defendant's total gross revenues in U.S. dollars earned by its infringing game, *Weight Lifting Simulator*, on the Roblox platform. To do this, I multiplied the total earnings for the game in Robux (▮▮▮▮▮▮▮▮) by the exchange rate of .0035 U.S. dollar per Robux. The result of this calculation is ▮▮▮▮▮▮▮▮. Defendant's *Weight Lifting Simulator* game thus earned a total of ▮▮▮▮▮▮▮▮.

1        7.    Attached as **Exhibit 4** hereto is a true and correct copy of a Certificate of Authenticity from the Custodian of Custodian of Records for Roblox verifying that the documents produced by Roblox are true and correct business records responsive Mr. Boomer's subpoena regarding Game ID 6792241488, Defendant's *Weight Lifting Simulator* game.

      8.    Attached as **Exhibit 5** hereto is a true and correct copy of the Court's order granting plaintiff's motion for default judgment in *Moonbug Entm't Limited et al v. HappyKidsTV et al*, No. 22-CV-03203-TLT, Dkt. No. 39 (N.D. Cal. Dec. 15, 2022).

I declare under penalty of perjury that the foregoing is true and correct. Executed on January 30, 2023.

                                                  */s/Ciara McHale*
                                                  Ciara McHale