UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CHRISTOPHER BOOMER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GAMEBOX UNIPESSOAL LDA,<br><br>　　　　Defendant. | Case No. 5:22-cv-02133-EJD<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br><br>Re: ECF Nos. 33, 43 |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge Kim. *See* ECF No. 43. No objections to the Report and Recommendation have been received.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that default judgment be entered in favor of Plaintiff Christopher Boomer; (3) that Plaintiff be awarded $529,113.14 in damages, prejudgment interest; and (4) Defendant is enjoined from reproducing, publishing, distributing, transmitting, publicly displaying, publicly performing, receiving revenue generated from or selling its game titled Weight Lifting Simulator, and any products, works, or other materials that include, copy, are derived from Plaintiff's game.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order on the Parties.

**IT IS SO ORDERED.**

Dated: July 10, 2023

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:22-cv-02133-EJD
ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE